AO 240  (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

·     District of Massachusetts

| | | |
|---|---|---|
| ANGEL MANUEL CASTILLO LOJA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| KRISTI NOEM ET AL | ) | |
| *Defendant* | ) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

      I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

      In support of this application, I answer the following questions under penalty of perjury:

      1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name.  I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

N/A    2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are:  $      0.00 , and my take-home pay or wages are:  $      0.00 per

*(specify pay period)* _____ .

      3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ❐ Yes | ☒ No |
| (b) Rent payments, interest, or dividends | ❐ Yes | ☒ No |
| (c) Pension, annuity, or life insurance payments | ❐ Yes | ☒ No |
| (d) Disability, or worker's compensation payments | ❐ Yes | ☒ No |
| (e) Gifts, or inheritances | ❐ Yes | ☒ No |
| (f) Any other sources | ❐ Yes | ☒ No |

      *If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240  (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ _____ 0.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:
N/A

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
N/A

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
N/A

N/A   8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____09/23/2025_____

_____(mother)_____
*Applicant's signature*

_____Angel Manuel Castillo Loja (Signed by Mother)_____
*Printed name*

JS 44  (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Angel Manuel Castillo Loja | Kristi Noem et al |

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Stephen A Roth, Law Office of Stephen A. Roth, 102 Bridge Road, Salisbury, MA 01952 (978)255-3157

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [x] 2  U.S. Government Defendant
- [ ] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance<br>[ ] 120 Marine<br>[ ] 130 Miller Act<br>[ ] 140 Negotiable Instrument<br>[ ] 150 Recovery of Overpayment & Enforcement of Judgment<br>[ ] 151 Medicare Act<br>[ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>[ ] 153 Recovery of Overpayment of Veteran's Benefits<br>[ ] 160 Stockholders' Suits<br>[ ] 190 Other Contract<br>[ ] 195 Contract Product Liability<br>[ ] 196 Franchise | **PERSONAL INJURY**<br>[ ] 310 Airplane<br>[ ] 315 Airplane Product Liability<br>[ ] 320 Assault, Libel & Slander<br>[ ] 330 Federal Employers' Liability<br>[ ] 340 Marine<br>[ ] 345 Marine Product Liability<br>[ ] 350 Motor Vehicle<br>[ ] 355 Motor Vehicle Product Liability<br>[ ] 360 Other Personal Injury<br>[ ] 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>[ ] 365 Personal Injury - Product Liability<br>[ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>[ ] 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>[ ] 370 Other Fraud<br>[ ] 371 Truth in Lending<br>[ ] 380 Other Personal Property Damage<br>[ ] 385 Property Damage Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881<br>[ ] 690 Other | [ ] 422 Appeal 28 USC 158<br>[ ] 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>[ ] 820 Copyrights<br>[ ] 830 Patent<br>[ ] 835 Patent - Abbreviated New Drug Application<br>[ ] 840 Trademark<br>[ ] 880 Defend Trade Secrets Act of 2016 | [ ] 375 False Claims Act<br>[ ] 376 Qui Tam (31 USC 3729(a))<br>[ ] 400 State Reapportionment<br>[ ] 410 Antitrust<br>[ ] 430 Banks and Banking<br>[ ] 450 Commerce<br>[ ] 460 Deportation<br>[ ] 470 Racketeer Influenced and Corrupt Organizations<br>[ ] 480 Consumer Credit (15 USC 1681 or 1692)<br>[ ] 485 Telephone Consumer Protection Act<br>[ ] 490 Cable/Sat TV |
| **REAL PROPERTY** | | **LABOR** | | **SOCIAL SECURITY** | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 210 Land Condemnation<br>[ ] 220 Foreclosure<br>[ ] 230 Rent Lease & Ejectment<br>[ ] 240 Torts to Land<br>[ ] 245 Tort Product Liability<br>[ ] 290 All Other Real Property | **CIVIL RIGHTS**<br>[ ] 440 Other Civil Rights<br>[ ] 441 Voting<br>[ ] 442 Employment<br>[ ] 443 Housing/ Accommodations<br>[ ] 445 Amer. w/Disabilities - Employment<br>[ ] 446 Amer. w/Disabilities - Other<br>[ ] 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>[ ] 463 Alien Detainee<br>[ ] 510 Motions to Vacate Sentence<br>[ ] 530 General<br>[ ] 535 Death Penalty<br>**Other:**<br>[ ] 540 Mandamus & Other<br>[ ] 550 Civil Rights<br>[ ] 555 Prison Condition<br>[ ] 560 Civil Detainee - Conditions of Confinement | [ ] 710 Fair Labor Standards Act<br>[ ] 720 Labor/Management Relations<br>[ ] 740 Railway Labor Act<br>[ ] 751 Family and Medical Leave Act<br>[ ] 790 Other Labor Litigation<br>[ ] 791 Employee Retirement Income Security Act<br><br>**IMMIGRATION**<br>[ ] 462 Naturalization Application<br>[ ] 465 Other Immigration Actions | [ ] 861 HIA (1395ff)<br>[ ] 862 Black Lung (923)<br>[ ] 863 DIWC/DIWW (405(g))<br>[ ] 864 SSID Title XVI<br>[ ] 865 RSI (405(g))<br><br>**FEDERAL TAX SUITS**<br>[ ] 870 Taxes (U.S. Plaintiff or Defendant)<br>[ ] 871 IRS—Third Party 26 USC 7609 | [ ] 890 Other Statutory Actions<br>[ ] 891 Agricultural Acts<br>[ ] 893 Environmental Matters<br>[ ] 895 Freedom of Information Act<br>[ ] 896 Arbitration<br>[x] 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>[ ] 950 Constitutionality of State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1  Original Proceeding
- [ ] 2  Removed from State Court
- [ ] 3  Remanded from Appellate Court
- [ ] 4  Reinstated or Reopened
- [ ] 5  Transferred from Another District *(specify)*
- [ ] 6  Multidistrict Litigation - Transfer
- [ ] 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
5 USC § 702
Brief description of cause:
Violation of Administrative Procedure Act

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:  [ ] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE  09/23/2025

SIGNATURE OF ATTORNEY OF RECORD  /s/ STEPHEN A ROTH

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1. Title of case (name of first party on each side only) Angel Manuel Castillo Loja v. Kristi Noem et al

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local rule 40.1(a)(1)).

   | | | |
   |---|---|---|
   | ☐ | I. | 160, 400, 410, 441, 535, 830*, 835*, 850, 880, 891, 893, R.23, REGARDLESS OF NATURE OF SUIT. |
   | ☑ | II. | 110, 130, 190, 196, 370, 375, 376, 440, 442, 443, 445, 446, 448, 470, 751, 820*, 840*, 895, 896, 899. |
   | ☐ | III. | 120, 140, 150, 151, 152, 153, 195, 210, 220, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 367, 368, 371, 380, 385, 422, 423, 430, 450, 460, 462, 463, 465, 480, 485, 490, 510, 530, 540, 550, 555, 560, 625, 690, 710, 720, 740, 790, 791, 861-865, 870, 871, 890, 950. |

   *Also complete AO 120 or AO 121. for patent, trademark or copyright cases.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES ☐    NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC §2403)

   YES ☐    NO ☑

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES ☐    NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

   YES ☐    NO ☑

7. Do <u>all</u> of the parties in this action, excluding governmental agencies of the United States and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

   YES ☑    NO ☐

   A.    If yes, in which division do all of the non-governmental parties reside?

   Eastern Division ☐        Central Division ☐        Western Division ☐

   B.    If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

   Eastern Division ☐        Central Division ☐        Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

   YES ☐    NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME Stephen A. Roth
ADDRESS 102 Bridge Road, Salisbury MA 01952
TELEPHONE NO. 978-255-3157

(CategoryForm11-2020.wpd )

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ANGEL MANUEL CASTILLO LOJA,<br><br>　　Plaintiff,<br><br>　　　v.<br><br>KRISTI NOEM, in their capacity as Secretary of U.S. Department of Homeland Security, U.S. Department of Homeland Security;<br><br>JOSEPH EDLOW, in their capacity as Director of U.S. Citizenship and Immigration Services, U.S. Citizenship and Immigration Services;<br><br>CONNIE ALLEN, in their capacity as Acting Associate Director of the Service Center Operations Directorate (SCOPS); U.S. Citizenship and Immigration Services;<br><br>　　Defendants | Case No.:<br><br><br>PLAINTIFF'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND REVIEW OF AGENCY ACTION UNDER THE ADMINISTRATIVE PROCEDURES ACT<br><br>Agency Doc. No. A 245 020 634 |

## INTRODUCTION

1. The Plaintiff, ANGEL MANUEL CASTILLO LOJA ("Plaintiff"), is a 6-year-old noncitizen from Ecuador, who applied for Employment Authorization using Form I-765, Application for Work Authorization, based on being the beneficiary of Form I-589, Application for Asylum and Withholding of Removal, 8 CFR § 274a.12(c).

2. Plaintiff applied for Employment Authorization by submitting his Form I-

1

765, Application for Work Authorization, to U.S. Citizenship & Immigration Services ("USCIS"), through counsel, on February 12, 2025. With that application, the Plaintiff submitted a copy of his Ecuadorian passport biographic page and a copy of Form I-589, Application for Asylum or Withholding of Removal, that was time stamped January 25, 2024, which included the Plaintiff as a beneficiary on the form. *See* Exh. A.

3. On March 4, 2025, the Texas Service Center ("NBC"), working on behalf of USCIS, issued a denial indicating that the Plaintiff was not eligible for Work Authorization as "USCIS and Executive Office of Immigration Review records fails to indicate that you have either lodged or filed a Form I-589, Application for Asylum or Withholding of Removal." *See* Exh. B.

4. Plaintiff therefore brings this action as USCIS' denial of the petition runs counter to, and fundamentally disregards, substantial evidence in the record and the underlying statute governing adjudication of applications for work authorization. The decision is arbitrary and capricious and an abuse of its discretion, and not in accordance with the law.

## JURISDICTION

5. This case arises under the Immigration and Nationality Act (INA), 8 U.S.C. § 1101 et seq., the regulations implementing the INA, and the APA, 5 U.S.C. § 701 et. seq

6. This is a civil action brought under 5 U.S.C. §§ 702, 704 of the

2

Administrative Procedure Act ("APA"). This Court has jurisdiction pursuant to 28 U.S.C. § 1331 (federal question subject matter jurisdiction) and 28 U.S.C. § 1361. This Court also has authority to grant declaratory relief under 28 U.S.C. §§ 2201–02, and injunctive relief under 5 U.S.C. § 702, and 28 U.S.C. § 1361. The United States waives sovereign immunity under 5 U.S.C. § 702.

## VENUE

7. Venue is proper in this District under 28 U.S.C. § 1391(e), because a substantial part of the events giving rise to the claim occurred in this district, and because Defendants operate within this district.

## PARTIES

8. The Plaintiff, ANGEL MANUEL CASTILLO LOJA, resides in Haverhill, Massachusetts. He was born in Ecuador on January 12, 2019. His alien registration number is 245020634.

9. The Defendant, KRISTI NOEM, is the Secretary of the United States Department of Homeland Security (DHS) at 2707 Martin Luther King Jr Ave, SE, Washington, DC 20528 and is sued in his official capacity only. The Secretary is charged with the administration of the DHS and implementing the Immigration and Nationality Act. 8 C.F.R. § 2.1.

10. The Defendant, JOSEPH EDLOW, the Director of U.S. Citizenship and Immigration Services at 5900 Capital Gateway Drive, Camp Springs, MD

3

20746 and is sued in his official capacity only. USCIS is the component of the Department of Homeland Security that is responsible for adjudicating Plaintiff's I-765 application.

11.   The Defendant, CONNIE NOLAN, in their capacity as Acting Associate Director of the Service Center Operations Directorate (SCOPS); U.S. Citizenship and Immigration Services at 046 N Belt Line Rd., Irving, TX 75038, and is sued in their official capacity only. The Texas Service Center is charged with the administration of the Immigration and Nationality Act and the adjudication for Form I-765 applications.

12. The Defendant, Department of Homeland Security (DHS), is the department within which the USCIS adjudicates Form I-765 applications. DHS operates within this district, with headquarters in Washington, D.C.

13. The Defendant, U.S. Citizenship and Immigration Services (USCIS), Defendant USCIS is a component of the U.S. Department of Homeland Security ("DHS"), 6 U.S.C. § 271, and an "agency" within the meaning of the APA, 5 U.S.C. § 551(1). USCIS adjudicates petitions for immigration benefits and denied the Work Authorization filed by the Plaintiff.

## LEGAL FRAMEWORK

14. Congress created the ability to apply for work authorization for certain

4

classes of aliens. 8 CFR § 274a.12(c).

**15.** To be eligible for work authorization based on filing a complete application for asylum or withholding of removal pursuant to 8 C.F.R. § 208, the applicant must have had a pending application for asylum or withholding of removal that has not been decided by an Asylum Officer or Immigration Judge and the application has been pending for more than 180 days. 8 CFR § 274a.12(c)(8)(i); 8 C.F.R. § 208.7(a)(1). An applicant is eligible to apply for work authorization when the application for asylum or withholding of removal has been pending for at least 150 days. *Id.*

## FACTUAL ALLEGATIONS

16. The Plaintiff is a 6-year-old native and citizen of Ecuador who first entered the United States on May 17, 2023, through Lukesville, Arizona, without inspection and was arrested upon entry by U.S. Customs and Border Patrol.

17. Upon release, the Plaintiff went to live with his family in Haverhill, Massachusetts. The Plaintiff was served with a Notice to Appear ("NTA") before an Immigration Judge.

18. On May 8, 2017, the Plaintiff's father, Luis Antonio Castillo Taday, filed Form I-589, Application for Asylum or Withholding of Removal, through EOIR Courts & Appeals System ("ECAS") on January 25, 2024. In that application, Mr. Castillo Taday, included the Plaintiff as a beneficiary on the Form I-589, Application for Asylum or Withholding of Removal. The

application has been pending for more than 180 days.

19. On February 21, 2025, the Plaintiff submitted Form I-765, Application for work Authorization, based on being a beneficiary of a pending application for asylum or withholding of removal. Included in that application was a copy of his Ecuadorian passport biographic page and a copy of the Form I-589, Application for Asylum or Withholding of Removal, showing that the application had been filed with the Boston Immigration Court on January 25, 2024 and that the Plaintiff is as beneficiary on the application.

20. On March 4, 2025, USCIS improperly decided that, despite the evidence indicating that the Plaintiff was included as a beneficiary on an application for asylum and that it had been pending form more than 180 days, the Plaintiff did not demonstrate that he met the eligibility criteria to approve the application because "USCIS and Executive Office of Immigration Review records fails to indicate that you have either lodged or filed a Form I-589, Application for Asylum or Withholding of Removal."

21. It should be noted that the Plaintiff's brother, Josua Ismael Castillo Loja, and his father, Luis Antonio Castillo Taday, were both granted work authorization after submitting the same documentation as the Plaintiff.

22. The USCIS decision granted the Plaintiff 30 days to file Form I-290B, Notice of Appeal or Motion, to appeal the denial. The agency's decision remains final.

6

23. Unless the Court vacates the denial of the Plaintiff's Form I-765 application, the Plaintiff will remain without employment authorization and a social security card, which is granted along with the employment authorization card.

## EXHAUSTION

24. The March 4, 2025, denial by USCIS of Plaintiff's petition constitutes a final agency action under the APA, 5 U.S.C. § 704. Neither the INA nor DHS regulations at 8 C.F.R. § 103.3(a) require administrative appeal of the denial. As such, the Plaintiff is not required to exhaust non-mandatory administrative remedies, such as filing Form I-290B, Notice of Appeal or Motion, to proceed with this action. *Darby v. Cisneros*, 509 U.S. 137 (1993).

25. Under 5 U.S.C. §§ 702 and 704, Plaintiff has suffered a "legal wrong" and has been "adversely affected or aggrieved" by agency action for which there is no adequate remedy at law.

## CAUSE OF ACTION

### COUNT 1
### Administrative Procedure Act Violation (5 U.S.C. § 706)

26. Plaintiff incorporates the allegations set forth in the preceding paragraphs.

27. Defendants' denial of the Plaintiff's employment authorization application constitutes final agency action that is arbitrary, capricious, an abuse of discretion, and not in accordance with the law.

28. The Defendants' denial ignores federal statute, their accompanying regulations, and legal precedent. No rational connection exists between the conclusions asserted by USCIS in its denial and the facts in the record.

## REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests that this Court grant the following relief:

1. Declare the Defendant's denial of Plaintiff's employment authorization application as unlawful.

2. Vacate the denial and order Defendants to promptly approve Plaintiff's Form I-765, Application for Work Authorization

3. Award reasonable costs and attorneys' fees under the Equal Access to Justice Act; and

4. Grant such other relief as this Court may deem just and proper.

Respectfully Submitted,
Angel Manuel Castillo Loja,
By his attorney,

*/s/ STEPHEN A. ROTH, ESQ.*

Stephen A. Roth, Esq.
BBO# 688450
Law Office of Stephen A. Roth
102 Bridge Road, #2G
Salisbury, MA 01952
contact@stephenrothlaw.com

DATED: September 23, 2025





# Application For Employment Authorization
## Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS
Form I-765**
OMB No. 1615-0040
Expires 09/30/2027

<table>
<tr><td rowspan="4">For USCIS Use Only</td><td>☐ Authorization/Extension Valid From</td><td>Fee Stamp</td><td>Action Block</td></tr>
<tr><td>☐ Authorization/Extension Valid Through</td><td></td><td></td></tr>
<tr><td>Alien Registration Number    A-</td><td></td><td></td></tr>
<tr><td>Remarks</td><td></td><td></td></tr>
</table>

| To be completed by an attorney or Board of Immigration Appeals (BIA)-accredited representative (if any). | ☒ Select this box if Form G-28 is attached. | Attorney or Accredited Representative USCIS Online Account Number (if any) |
|---|---|---|
| | | 0 7 8 3 3 7 1 6 7 0 4 3 |

▶ **START HERE - Type or print in black ink.**

## Part 1. Reason for Applying

**I am applying for** (select **only one** box):

**1.a.** ☒ Initial permission to accept employment.

**1.b.** ☐ Replacement of lost, stolen, or damaged employment authorization document, or correction of my employment authorization document **NOT DUE** to U.S. Citizenship and Immigration Services (USCIS) error.

**NOTE:** Replacement (correction) of an employment authorization document due to USCIS error does not require a new Form I-765 and filing fee. Refer to **Replacement for Card Error** in the **What is the Filing Fee** section of the Form I-765 Instructions for further details.

**1.c.** ☐ Renewal of my permission to accept employment. (Attach a copy of your previous employment authorization document.)

## Part 2. Information About You

### Your Full Legal Name

**1.a.** Family Name (Last Name)    Castillo Loja

**1.b.** Given Name (First Name)    Angel

**1.c.** Middle Name    Manuel

### Other Names Used

Provide all other names you have ever used, including aliases, maiden name, and nicknames. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

**2.a.** Family Name (Last Name)

**2.b.** Given Name (First Name)

**2.c.** Middle Name

**3.a.** Family Name (Last Name)

**3.b.** Given Name (First Name)

**3.c.** Middle Name

**4.a.** Family Name (Last Name)

**4.b.** Given Name (First Name)

**4.c.** Middle Name

## Part 2. Information About You (continued)

### Your U.S. Mailing Address

**5.a.** In Care Of Name (if any)

**5.b.** Street Number and Name: 380 Washington Street

**5.c.** [X] Apt.  [ ] Ste.  [ ] Flr.  2

**5.d.** City or Town: Haverhill

**5.e.** State: MA   **5.f.** ZIP Code: 01832
*(USPS ZIP Code Lookup)*

**6.** Is your current mailing address the same as your physical address?   [X] Yes   [ ] No

NOTE: If you answered "No" to **Item Number 6.**, provide your physical address below.

### U.S. Physical Address

**7.a.** Street Number and Name:

**7.b.** [ ] Apt.  [ ] Ste.  [ ] Flr.

**7.c.** City or Town:

**7.d.** State:    **7.e.** ZIP Code:

### Other Information

**8.** Alien Registration Number (A-Number) (if any)
▶ A- 2 4 5 0 2 0 6 3 4

**9.** USCIS Online Account Number (if any)
▶

**10.** Gender   [X] Male   [ ] Female

**11.** Marital Status
[X] Single  [ ] Married  [ ] Divorced  [ ] Widowed

**12.** Have you previously filed Form I-765?
[ ] Yes   [X] No

**13.a.** Has the Social Security Administration (SSA) ever officially issued a Social Security card to you?
[ ] Yes   [X] No

NOTE: If you answered "No" to **Item Number 13.a.**, skip to **Item Number 14.** If you answered "Yes" to **Item Number 13.a.**, provide the information requested in **Item Number 13.b.**

**13.b.** Provide your Social Security number (SSN) (if known).
▶

**14.** Do you want the SSA to issue you a Social Security card? (You must also answer "Yes" to **Item Number 15.**, **Consent for Disclosure**, to receive a card.)
[X] Yes   [ ] No

NOTE: If you answered "No" to **Item Number 14.**, skip to **Part 2.**, **Item Number 18.a.** If you answered "Yes" to **Item Number 14.**, you must also answer "Yes" to **Item Number 15.**

**15.** Consent for Disclosure: I authorize disclosure of information from this application to the SSA as required for the purpose of assigning me an SSN and issuing me a Social Security card.   [X] Yes   [ ] No

NOTE: If you answered "Yes" to **Item Numbers 14. - 15.**, provide the information requested in **Item Numbers 16.a. - 17.b.**

### Father's Name

Provide your father's birth name.

**16.a.** Family Name (Last Name): Castillo Taday

**16.b.** Given Name (First Name): Luis

### Mother's Name

Provide your mother's birth name.

**17.a.** Family Name (Last Name): Loja Castro

**17.b.** Given Name (First Name): Maria

### Your Country or Countries of Citizenship or Nationality

List all countries where you are currently a citizen or national. If you need extra space to complete this item, use the space provided in **Part 6. Additional Information**.

**18.a.** Country
Ecuador

**18.b.** Country

## Part 2. Information About You (continued)

### Place of Birth

List the city/town/village, state/province, and country where you were born.

**19.a.** City/Town/Village of Birth

Cañar

**19.b.** State/Province of Birth

Cañar

**19.c.** Country of Birth

Ecuador

**20.** Date of Birth (mm/dd/yyyy)  1/12/2019

### Information About Your Last Arrival in the United States

**21.a.** Form I-94 Arrival-Departure Record Number (if any)
▶

**21.b.** Passport Number of Your Most Recently Issued Passport

0350 543 062

**21.c.** Travel Document Number (if any)

**21.d.** Country That Issued Your Passport or Travel Document

Ecuador

**21.e.** Expiration Date for Passport or Travel Document (mm/dd/yyyy)    09/05/2019

**22.** Date of Your Last Arrival Into the United States, On or About (mm/dd/yyyy)    05/17/2023

**23.** Place of Your Last Arrival Into the United States

US-Mexico Border

**24.** Immigration Status at Your Last Arrival (for example, B-2 visitor, F-1 student, or no status)

No Legal Status

**25.** Your Current Immigration Status or Category (for example, B-2 visitor, F-1 student, parolee, deferred action, or no status or category)

No Legal Status

**26.** Student and Exchange Visitor Information System (SEVIS) Number (if any)
▶ N-

### Information About Your Eligibility Category

**27.** **Eligibility Category.** Refer to the **Who May File Form I-765** section of the Form I-765 Instructions to determine the appropriate eligibility category for this application. Enter the appropriate letter and number for your eligibility category below (for example, (a)(8), (c)(17)(iii)).

(    ) ( C ) ( 8 )

**28.** **(c)(3)(C) STEM OPT Eligibility Category.** If you entered the eligibility category **(c)(3)(C)** in **Item Number 27.**, provide the information requested in **Item Numbers 28.a - 28.c.**

**28.a.** Degree

**28.b.** Employer's Name as Listed in E-Verify

**28.c.** Employer's E-Verify Company Identification Number or a Valid E-Verify Client Company Identification Number

**29.** **(c)(26) Eligibility Category.** If you entered the eligibility category (c)(26) in **Item Number 27.**, provide the receipt number of your H-1B spouse's most recent Form I-797 Notice for Form I-129, Petition for a Nonimmigrant Worker.
▶

**30.** **(c)(8) Eligibility Category.** If you entered the eligibility category (c)(8) in **Item Number 27.**, have you **EVER** been arrested for and/or convicted of any crime?
☐ Yes   ☒ No

NOTE: If you answered "Yes" to **Item Number 30.**, refer to **Special Filing Instructions for Those With Pending Asylum Applications (c)(8)** in the **Required Documentation** section of the Form I-765 Instructions for information about providing court dispositions.

**31.a.** **(c)(35) and (c)(36) Eligibility Category.** If you entered the eligibility category (c)(35) in **Item Number 27.**, please provide the receipt number of your Form I-797 Notice for Form I-140, Immigrant Petition for Alien Worker. If you entered the eligibility category (c)(36) in **Item Number 27.**, please provide the receipt number of your spouse's or parent's Form I-797 Notice for Form I-140.
▶

**31.b.** If you entered the eligibility category (c)(35) or (c)(36) in **Item Number 27.**, have you **EVER** been arrested for and/or convicted of any crime?   ☐ Yes   ☐ No

NOTE: If you answered "Yes" to **Item Number 31.b.**, refer to **Employment-Based Nonimmigrant Categories**, Items 8. - 9., in the **Who May File Form I-765** section of the Form I-765 Instructions for information about providing court dispositions.

## Part 3. Applicant's Statement, Contact Information, Declaration, Certification, and Signature

**NOTE:** Read the **Penalties** section of the Form I-765 Instructions before completing this section. You must file Form I-765 while in the United States.

### Applicant's Statement

**NOTE:** Select the box for either **Item Number 1.a.** or **1.b.** If applicable, select the box for **Item Number 2.**

1.a. ☐ I can read and understand English, and I have read and understand every question and instruction on this application and my answer to every question.

1.b. ☒ The interpreter named in **Part 4.** read to me every question and instruction on this application and my answer to every question in

| Spanish |
|---|

a language in which I am fluent, and I understood everything.

2. ☒ At my request, the preparer named in **Part 5.**,

| Stephen A Roth |
|---|

prepared this application for me based only upon information I provided or authorized.

### Applicant's Contact Information

3. Applicant's Daytime Telephone Number

| (978) 416-9841 |
|---|

4. Applicant's Mobile Telephone Number (if any)

| (978) 416-9841 |
|---|

5. Applicant's Email Address (if any)

| casth_loja@hotmail.com |
|---|

6. ☐ Select this box if you are a Salvadoran or Guatemalan national eligible for benefits under the ABC settlement agreement.

### Applicant's Declaration and Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS may require that I submit original documents to USCIS at a later date. Furthermore, I authorize the release of any information from any and all of my records that USCIS may need to determine my eligibility for the immigration benefit that I seek.

I furthermore authorize release of information contained in this application, in supporting documents, and in my USCIS records, to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

I understand that USCIS may require me to appear for an appointment to take my biometrics (fingerprints, photograph, and/or signature) and, at that time, if I am required to provide biometrics, I will be required to sign an oath reaffirming that:

1) I reviewed and understood all of the information contained in, and submitted with, my application; and

2) All of this information was complete, true, and correct at the time of filing.

I certify, under penalty of perjury, that all of the information in my application and any document submitted with it were provided or authorized by me, that I reviewed and understand all of the information contained in, and submitted with, my application and that all of this information is complete, true, and correct.

### Applicant's Signature

7.a. Applicant's Signature

➡ | *(signature)* |
|---|

7.b. Date of Signature (mm/dd/yyyy)  | 1/9/24 |
|---|

**NOTE TO ALL APPLICANTS:** If you do not completely fill out this application or fail to submit required documents listed in the Instructions, USCIS may deny your application.

## Part 4. Interpreter's Contact Information, Certification, and Signature

Provide the following information about the interpreter.

### Interpreter's Full Name

1.a. Interpreter's Family Name (Last Name)

| Roth |
|---|

1.b. Interpreter's Given Name (First Name)

| Stephen |
|---|

2. Interpreter's Business or Organization Name (if any)

| Law Office of Stephen A Roth |
|---|

## Part 4. Interpreter's Contact Information, Certification, and Signature

### Interpreter's Mailing Address

**3.a.** Street Number and Name: 102 Bridge Road

**3.b.** ☒ Apt. ☐ Ste. ☐ Flr. 2G

**3.c.** City or Town: Salisbury

**3.d.** State: MA    **3.e.** ZIP Code: 01952

**3.f.** Province:

**3.g.** Postal Code:

**3.h.** Country: United States

### Interpreter's Contact Information

**4.** Interpreter's Daytime Telephone Number
9782553157

**5.** Interpreter's Mobile Telephone Number (if any)
9782553157

**6.** Interpreter's Email Address (if any)
contact@stephenrothlaw.com

### Interpreter's Certification

I certify, under penalty of perjury, that:

I am fluent in English and Spanish,
which is the same language specified in **Part 3., Item Number 1.b.**, and I have read to this applicant in the identified language every question and instruction on this application and his or her answer to every question. The applicant informed me that he or she understands every instruction, question, and answer on the application, including the **Applicant's Declaration and Certification**, and has verified the accuracy of every answer.

### Interpreter's Signature

**7.a.** Interpreter's Signature

**7.b.** Date of Signature (mm/dd/yyyy)    2/13/25

## Part 5. Contact Information, Declaration, and Signature of the Person Preparing this Application, If Other Than the Applicant

Provide the following information about the preparer.

### Preparer's Full Name

**1.a.** Preparer's Family Name (Last Name)
Roth

**1.b.** Preparer's Given Name (First Name)
Stephen

**2.** Preparer's Business or Organization Name (if any)
Law Office of Stephen A. Roth

### Preparer's Mailing Address

**3.a.** Street Number and Name: 102 Bridge Road

**3.b.** ☐ Apt. ☒ Ste. ☐ Flr. 2G

**3.c.** City or Town: Salisbury

**3.d.** State: MA    **3.e.** ZIP Code: 01952

**3.f.** Province:

**3.g.** Postal Code:

**3.h.** Country: United States

### Preparer's Contact Information

**4.** Preparer's Daytime Telephone Number
(978) 255-3157

**5.** Preparer's Mobile Telephone Number (if any)
(978) 273-7455

**6.** Preparer's Email Address (if any)
contact@stephenrothlaw.com

**Part 5. Contact Information, Declaration, and Signature of the Person Preparing this Application, If Other Than the Applicant (continued)**

**Preparer's Statement**

**7.a.** ☐ I am not an attorney or accredited representative but have prepared this application on behalf of the applicant and with the applicant's consent.

**7.b.** ☒ I am an attorney or accredited representative and my representation of the applicant in this case ☒ extends ☐ does not extend beyond the preparation of this application.

**NOTE:** If you are an attorney or accredited representative, you may need to submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, with this application.

**Preparer's Certification**

By my signature, I certify, under penalty of perjury, that I prepared this application at the request of the applicant. The applicant then reviewed this completed application and informed me that he or she understands all of the information contained in, and submitted with, his or her application, including the **Applicant's Declaration and Certification**, and that all of this information is complete, true, and correct. I completed this application based only on information that the applicant provided to me or authorized me to obtain or use.

**Preparer's Signature**

**8.a.** Preparer's Signature

**8.b.** Date of Signature (mm/dd/yyyy)   2/15/25

## Part 6. Additional Information

If you need extra space to provide any additional information within this application, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this application or attach a separate sheet of paper. Type or print your name and A-Number (if any) at the top of each sheet; indicate the **Page Number, Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a.** Family Name (Last Name)    Castillo Loja

**1.b.** Given Name (First Name)    Angel

**1.c.** Middle Name    Mannel

**2.** A-Number (if any) ▶ A-

**3.a.** Page Number    **3.b.** Part Number    **3.c.** Item Number

**3.d.**

**4.a.** Page Number    **4.b.** Part Number    **4.c.** Item Number

**4.d.**

**5.a.** Page Number    **5.b.** Part Number    **5.c.** Item Number

**5.d.**

**6.a.** Page Number    **6.b.** Part Number    **6.c.** Item Number

**6.d.**

**7.a.** Page Number    **7.b.** Part Number    **7.c.** Item Number

**7.d.**



Uploaded on: 01/25/2024 at 05:08:39 PM (Eastern Standard Time)  Base City: BOS

Stephen A. Roth, Esq.                                    **NON-DETAINED**
Law Office of Stephen A. Roth
102 Bridge Road
Salisbury, MA 01952
(978) 255-3157
contact@stephenrothlaw.com

### UNITED STATES DEPARTMENT OF JUSTICE
### EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
### IMMIGRATION COURT
### BOSTON, MASSACHUSETTS

-----------------------------------------------------------X

In the Matters of

   **Luis Antonio CASTILLO TADAY**
   **A245 020 618**

                             Respondent

In Removal Proceedings

-----------------------------------------------------------X

Immigration Judge: Sarah Cade          Master Hearing: June 16, 2025, 8:30AM

### RESPONDENT'S SUBMISSION OF FORM I-589, APPLICATION FOR
### ASYLUM AND FOR WITHHOLDING OF REMOVAL

Exh. 1 of 12

Uploaded on: 01/25/2024 at 05:08:39 PM (Eastern Standard Time) Base City: BOS

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**U.S. Department of Justice**
Executive Office for Immigration Review

**I-589, Application for Asylum and for Withholding of Removal**

**START HERE** - Type or print in black ink. See the instructions for information about eligibility and how to complete and file this application. There is no filing fee for this application.

**NOTE:** ☒ Check this box if you also want to apply for withholding of removal under the Convention Against Torture.

### Part A. I. Information About You

| 1. Alien Registration Number(s) (A-Number) (if any) | 2. U.S. Social Security Number (if any) | 3. USCIS Online Account Number (if any) |
|---|---|---|
| 245020618 | N/A | |

| 4. Complete Last Name | 5. First Name | 6. Middle Name |
|---|---|---|
| Castillo Taday | Luis | Antonio |

**7. What other names have you used** (include maiden name and aliases)?

**8. Residence in the U.S.** (where you physically reside)

| Street Number and Name | Apt. Number |
|---|---|
| 380 Washington Street | 2 |

| City | State | Zip Code | Telephone Number |
|---|---|---|---|
| Haverhill | MA | 01832 | ( 978 ) 416-9841 |

(NOTE: You must be residing in the United States to submit this form.)

**9. Mailing Address in the U.S.** (if different than the address in Item Number 8)

| In Care Of (if applicable): | Telephone Number ( ) |
|---|---|
| Street Number and Name | Apt. Number |
| City | State | Zip Code |

| 10. Gender: ☒ Male ☐ Female | 11. Marital Status: ☐ Single ☒ Married ☐ Divorced ☐ Widowed |
|---|---|

| 12. Date of Birth (mm/dd/yyyy) | 13. City and Country of Birth |
|---|---|
| 01/17/1996 | Cañar, Ecuador |

| 14. Present Nationality (Citizenship) | 15. Nationality at Birth | 16. Race, Ethnic, or Tribal Group | 17. Religion |
|---|---|---|---|
| Ecuador | Ecuador | Indigenous | Evangelical |

**18.** Check the box, a through c, that applies: **a.** ☒ I have never been in Immigration Court proceedings.

**b.** ☐ I am now in Immigration Court proceedings.   **c.** ☐ I am **not** now in Immigration Court proceedings, but I have been in the past.

**19.** Complete 19 a through c.

**a.** When did you last leave your country? (mm/dd/yyyy)  04/26/2023   **b.** What is your current I-94 Number, if any?

**c.** List each entry into the U.S. beginning with your most recent entry. List date (mm/dd/yyyy), place, and your status for each entry. (Attach additional sheets as needed.)

| Date | 05/17/2023 | Place | Lukeville, AZ | Status | No Legal Status | Date Status Expires | |
|---|---|---|---|---|---|---|---|
| Date | | Place | | Status | | | |
| Date | | Place | | Status | | | |

| 20. What country issued your last passport or travel document? | 21. Passport Number  A7633859 | 22. Expiration Date (mm/dd/yyyy) |
|---|---|---|
| Ecuador | Travel Document Number | 09/05/2025 |

| 23. What is your native language (include dialect, if applicable)? | 24. Are you fluent in English? | 25. What other languages do you speak fluently? |
|---|---|---|
| Spanish | ☐ Yes  ☒ No | Spanish |

| For EOIR use only. | For USCIS use only. | Action: Interview Date: _____ Asylum Officer ID No.: _____ | Decision: Approval Date: _____ Denial Date: _____ Referral Date: _____ |
|---|---|---|---|

Form I-589  Edition 03/01/23

Page 1

EOIR - 2 of 12

Uploaded on: 01/25/2024 at 05:08:39 PM (Eastern Standard Time)  Base City: BOS

## Your Spouse and Children

**Your spouse** ☐ I am not married. (Skip to **Your Children** below.)

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Date of Birth *(mm/dd/yyyy)* 11/20/1997 | 4. U.S. Social Security Number *(if any)* 832592697 |
|---|---|---|---|
| 5. Complete Last Name Loja Castro | 6. First Name Maria | 7. Middle Name Cleofe | 8. Other names used *(include maiden name and aliases)* |
| 9. Date of Marriage *(mm/dd/yyyy)* 07/07/2016 | 10. Place of Marriage Cañar, Ecuador | 11. City and Country of Birth Cañar, Ecuador | |
| 12. Nationality *(Citizenship)* Ecuador | 13. Race, Ethnic, or Tribal Group Indigenous | | 14. Gender ☐ Male  ☒ Female |

15. Is this person in the U.S.?
☒ Yes *(Complete Blocks 16 to 24.)*  ☐ No *(Specify location):*

| 16. Place of last entry into the U.S. Boston, MA | 17. Date of last entry into the U.S. *(mm/dd/yyyy)* 09/22/2019 | 18. I-94 Number *(if any)* | 19. Status when last admitted *(Visa type, if any)* U-3 - Child of U-1. |
|---|---|---|---|
| 20. What is your spouse's current status? U-3 - Child of U-1. | 21. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* Pending extension | 22. Is your spouse in Immigration Court proceedings? ☐ Yes  ☒ No | 23. If previously in the U.S., date of previous arrival *(mm/dd/yyyy)* |

24. If in the U.S., is your spouse to be included in this application? *(Check the appropriate box.)*
☒ Yes
☐ No

**Your Children.** List all of your children, regardless of age, location, or marital status.

☐ I do not have any children. *(Skip to Part A.III., Information about your background.)*

☒ I have children.  Total number of children: 2

(NOTE: Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.)

| 1. Alien Registration Number (A-Number) *(if any)* 245020630 | 2. Passport/ID Card Number *(if any)* 0350426722 | 3. Marital Status *(Married, Single, Divorced, Widowed)* Single | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name Castillo loja | 6. First Name Josua | 7. Middle Name Ismael | 8. Date of Birth *(mm/dd/yyyy)* 07/09/2016 |
| 9. City and Country of Birth Cañar, Ecuador | 10. Nationality *(Citizenship)* Ecuador | 11. Race, Ethnic, or Tribal Group Indigenous | 12. Gender ☒ Male  ☐ Female |

13. Is this child in the U.S.? ☒ Yes *(Complete Blocks 14 to 21.)*  ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. Lukeville, AZ | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* 05/17/2023 | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* No status |
|---|---|---|---|
| 18. What is your child's current status? No status | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☒ Yes  ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☒ Yes
☐ No

E01R – 3 of 12

Form I-589  Edition 03/01/23

Page 2

Uploaded on: 01/25/2024 at 05:08:39 PM (Eastern Standard Time)  Base City: BOS

**Part A. II. Information About Your Spouse and Children (Continued)**

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| 245020634 | 0350543062 | Single | |
| **5. Complete Last Name** | **6. First Name** | **7. Middle Name** | **8. Date of Birth (mm/dd/yyyy)** |
| Castillo Ioja | Angel | Manuel | 01/12/2019 |
| **9. City and Country of Birth** | **10. Nationality (Citizenship)** | **11. Race, Ethnic, or Tribal Group** | **12. Gender** |
| Canar, Ecuador | Ecuador | Indigenous | [X] Male  [ ] Female |

**13. Is this child in the U.S. ?** [X] Yes *(Complete Blocks 14 to 21.)*  [ ] No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| Lukeville, AZ | 05/17/2023 | | No status |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| No status | | [X] Yes  [ ] No |

**21. If in the U.S., is this child to be included in this application?** *(Check the appropriate box.)*
[X] Yes
[ ] No

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| | | | |
| **5. Complete Last Name** | **6. First Name** | **7. Middle Name** | **8. Date of Birth (mm/dd/yyyy)** |
| | | | |
| **9. City and Country of Birth** | **10. Nationality (Citizenship)** | **11. Race, Ethnic, or Tribal Group** | **12. Gender** |
| | | | [ ] Male  [ ] Female |

**13. Is this child in the U.S. ?** [ ] Yes *(Complete Blocks 14 to 21.)*  [ ] No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| | | | |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| | | [ ] Yes  [ ] No |

**21. If in the U.S., is this child to be included in this application?** *(Check the appropriate box.)*
[ ] Yes
[ ] No

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| | | | |
| **5. Complete Last Name** | **6. First Name** | **7. Middle Name** | **8. Date of Birth (mm/dd/yyyy)** |
| | | | |
| **9. City and Country of Birth** | **10. Nationality (Citizenship)** | **11. Race, Ethnic, or Tribal Group** | **12. Gender** |
| | | | [ ] Male  [ ] Female |

**13. Is this child in the U.S. ?** [ ] Yes *(Complete Blocks 14 to 21.)*  [ ] No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| | | | |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| | | [ ] Yes  [ ] No |

**21. If in the U.S., is this child to be included in this application?** *(Check the appropriate box.)*
[ ] Yes
[ ] No

Form I-589  Edition  03/01/23





March 4, 2025

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
Texas Service Center



**U.S. Citizenship
and Immigration
Services**

STEPHEN A ROTH
LAW OFFICE OF STEPHEN A ROTH
102 BRIDGE RD UNIT 2G
SALISBURY, MA 01952-2414

IOE0930320217



RE: ANGEL MANUEL CASTILLO LOJA
I-765, Application for Employment Authorization

A245-020-634

## DECISION

This notice refers to your Form I-765, Application for Employment Authorization, filed on February 21, 2025, in which you are requesting employment authorization and/or an employment authorization document pursuant to Title 8, Code of Federal Regulations (8 CFR) § 274a.12 (c)(8). Your application has been denied for the following reason(s):

8 CFR § 274a.12(c)(8) allows for granting employment authorization to:

> An alien who has filed a complete application for asylum or withholding of deportation or removal pursuant to 8 CFR part 208, whose application:
>
> > (i) Has not been decided, and who is eligible to apply for employment authorization under § 208.7 of this chapter because the 150-day period set forth in that section has expired. Employment authorization may be granted according to the provisions of § 208.7 of this chapter in increments to be determined by [USCIS] and shall expire on a specified date; or
> >
> > (ii) Has been recommended for approval, but who has not yet received a grant of asylum or withholding or deportation or removal.

A review of your file and USCIS and Executive Office for Immigration Review (EOIR) records fails to indicate that you have either lodged or filed Form I-589, Application for Asylum and for Withholding of Removal, pursuant to 8 CFR § 208.

You are not eligible for employment authorization under 8 CFR § 274a.12(c)(8).

Your Form I-765 is denied.

This decision is without prejudice to consideration of subsequent applications for employment authorization filed with United States Citizenship and Immigration Services.

This decision may not be appealed. However, if you disagree with this decision, or if you have additional evidence that shows this decision is incorrect, you may file a Form I-290B, Notice of

Appeal or Motion. A motion to reopen must state the new facts and must be supported by documentary evidence demonstrating eligibility for the required immigration benefit at the time you filed the application or petition. A motion to reconsider must demonstrate that the decision was based on an incorrect application of law or policy, and that the decision was incorrect based on the evidence in the case record at the time of the decision. The motion must be supported by citations to appropriate statutes, regulations, precedent decisions, or statements of USCIS policy.

A motion must be filed within 33 days from the date of the denial notice and submitted with the appropriate filing fee to:

**U.S. Postal Service (USPS):**
USCIS
ATTN: I-290B
P.O. Box 21100
Phoenix, AZ 85036-1100

**FedEx, UPS, and DHL deliveries:**
USCIS
ATTN: I-290B (Box 21100)
2108 E Elliot Rd
Tempe, AZ 85284-1806

To obtain the Form I-290B, visit www.uscis.gov/forms. For the latest information on filing location, fee, and other requirements, refer to the Form I-290B instructions; review 8 CFR § 103.3 or § 103.5; call our National Customer Service Center at 1-800-375-5283; or visit your local USCIS office.

Sincerely,

John M. Allen
SCOPS Deputy Associate Director of Adjudications
Officer: XM2604