UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANGEL MANUEL CASTILLO LOJA,
Plaintiff,

V.

CIVIL ACTION
NO. 25-12730-BEM

KRISTI NOEM,
*Secretary of U.S. Department of Homeland Security,*
*U.S. Department of Homeland Security,*

JOSEPH B. EDLOW,
*Director of U.S. Citizenship and Immigration Services,*
*U.S. Citizenship and Immigration Services,*

CONNIE ALLEN,
*Acting Associate Director of the Service Center Operations*
*Directorate. U.S. Citizenship and Immigration Services,*
Defendants.

**ORDER OF DISMISSAL**

MURPHY, D.J.

A second summons was issued after reopening this case on March 26, 2026. For failure of the plaintiff to file a return of service and/or show good cause why service has not been made again, it is hereby ORDERED that the above-entitled action be and hereby is dismissed, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

By the Court,

DATE: June 26, 2026

/s/ Barbara I. Beatty
Deputy Clerk